| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>LINDA FAYE RATLIFF<br>PO BOX 3234<br>GARDENA, CA 90247<br>310-918-3622<br>LFRATLIFF@AOL.COM<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for Debtor* | FOR COURT USE ONLY<br><br>FILED<br>APR 12 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br>LINDA FAYE RATLIFF<br><br><br>Debtor(s) | CASE NO.: 2:18-BK-12585-SK<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?   ☐ Yes   ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☒ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List

☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 4/12/18

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                    Page 1                        F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

Debtor 1: LINDA FAYE RATLIFF
         First Name        Middle Name        Last Name

Debtor 2:
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Central District of California

Case number: 2:18-bk-12585-sk
(If known)

☐ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Primary Residence<br>Line from Schedule A/B: 1.1 | $ 0.00 | ☑ $ 100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | California and Federal Exemption |
| Brief description: Automobile<br>Line from Schedule A/B: 3.1 | $ 0.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | California Motor Vehicles Exemption |
| Brief description: Household contents<br>Line from Schedule A/B: 15 | $ 1,550.00 | ☑ $ 1,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | State and Federal Exemption |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Debtor 1  LINDA FAYE RATLIFF
          First Name   Middle Name   Last Name

Case number (if known) 2:18-bk-12585-sk

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: IRA <br> Line from Schedule A/B: 21 | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | California and Federal Exemption |
| Brief description: Life Insurance <br> Line from Schedule A/B: 31 | $0.00 | ☐ $ <br> ☑ 100% of fair market value, up to any applicable statutory limit | No Cash Value Term Life Insurance |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page ___ of ___